IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ERNEST RUTHERFORD and         )
AFFORDABLE TRANSPORTATION,     )
                              )
            Plaintiffs,        )
                              )
vs.                            )         Case No. 05-0837-CV-W-ODS
                              )
SCHNEIDER NATIONAL CARRIERS,   )
INC., and STANLEY HULTBERG,     )
                              )
            Defendants.        )

ORDER AND OPINION GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM FOR PUNITIVE DAMAGES

On August 28, 2006, Defendants filed a Motion for Summary Judgment on
Plaintiffs' claims for punitive damages.  Plaintiffs did not respond, and on October 20 the
Court directed Plaintiffs to show cause why the motion should not be granted.  On
November 1, Plaintiff Ernest Rutherford dismissed all of his claims in this suit, and the
next day Plaintiff Affordable Transportation responded to the Order to Show Cause by
contending Defendants' motion was rendered moot by Rutherford's dismissal.  The
Court disagrees; the Complaint seeks punitive damages for both plaintiffs, and
Defendants' motion targeted the requests made by both plaintiffs.  Thus, dismissal of
Rutherford's claims has no effect on Affordable Transportation's request for punitive
damages.  However, Plaintiffs' position demonstrates their belief or understanding that
Affordable Transportation is not seeking (or cannot recover) punitive damages.  This,
combined with the arguments presented in Defendants' motion, persuades the Court
the claim for punitive damages should be rejected.  Defendants' motion (Doc. # 52) is
granted, and Defendants are granted judgment on Plaintiffs' claims for punitive
damages.
IT IS SO ORDERED.

                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, JUDGE
DATE:  November 8, 2006                  UNITED STATES DISTRICT COURT